# UNITED STATES DISTRICT COURT

For the 7th District of Indiana

-FILED-

FEB 22 2022

At GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Allen Houx
**Petitioner**

v.

State of Indiana
**Respondent**
(Name of warden or authorized person having custody of petitioner)

Case No. 3:22-cv-145
(Supplied by the Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

1. (a) Your full name **Allen mering Houx Jr** (Country of)
   (b) Other names you have used **Allen mering Houx Moreno** (Panama)

2. Place of confinement:

   (a) Name of institution: **Miami Correctional Facility**

   (b) Address: **3038 West 850 South**
   **Bunker Hill, IN 46914**

   (c) Your identification number: **COD #270884-I235**

3. Are you currently being held on orders by:

   ☒ Federal authorities'    ☒ State authorities    ☒ Other – explain:
   **government pending removal proceedings to Panama**

4. Are you currently?

   ☐ A pretrial detainee (waiting for trial on criminal charges)

Page 2 of 12

☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

If you are currently serving a sentence, provide:

(a) Name and address of court that sentenced you: Criminal Division Court Room #5 Marion County, Indiana, 200 E Washington St, 46204

(b) Docket number of criminal case: 49G05-1806-F1-020561

(c) Date of sentencing: 5/14/2019

☒ Being held on an immigration charge

☒ Other (explain) Clock stops when Alien has Committed an offense that renders the Alien Inadmissible to the United States INA §212(a)(2) or removable from the United States OHIO Conviction is Deportable

**Decision you are challenging**

5. What are you challenging in this petition?

☐ How your sentence is being carried out, calculated, or credit by prison or parole authorities (for example, revocation, or calculation of good time credits)

☐ Pretrial detention

☒ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence was imposed (for example, sentence beyond the statutory maximum or improperly calculated under sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): goverment pending removal Proceedings Pursuant to 8.U.S.C.S §1226(a) Aggravated Felony Crime of Violence removal under 8 U.S.C.S.§1227(a)(2)(A)(iii)

6. Provide more information about the decision or action you are challenging:

Page 3 of 12

(a) Name and location of the agency or court: Criminal Division Court Room #5 Marion County, 200 E Washington st, Indiana, 46204

(b) Docket number, case number, or opinion number: 49G05-1806-F1-020561

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Child molesting 35 years (Not guilty of this charge) Prejudice and Racist Judge and Prosecutor because Im Hispanic, Deportation Violation was not Looked at, Abuse of Discretion by Judge

(d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of authority, agency, or court: IN the Indiana Court of Appeals Appellate Case No. 19A-CR-01547

(2) Date of filing: 9/24/2019

(3) Docket number, case number, or opinion number: Cause No. 49G05-1806-F1-020561

(4) Result: We affirm

(5) Date of result: 2/7/2020

(6) Issues raised: It said that I had raised only one Issue This is a complete lie, because there was Ineffective assistance of Counsel, Prosecutorial Misconduct, Fabrication of False evidence, Shea Anderson Forensic Scientist was not Called to testify at trial, a Violation of the 6th Amendment Confrontation Clause, The test did not proove that there was Penetration of a sex organ, the Hymen was Intact, analyst To become advocates in Lockstep with Prosecutors, shaping evidence needed to deliver a conviction, Prosecutor kept on saying that I had Confessed to doing Oral sex on the alleged Victim, She did this to Influence the Jury, She has Committed Perjury. Judge Hawkins abuse his discretion, because the lack of evidence should of been an aquital, not a Sentence For 35 years, there was no sexual Intercourse with the Alleged Victim   Thank you Allen M Hone 2/7/2022

(b) If you answered "No," explain why you did not appeal: _____

_____

_____

8. **Second appeal**

   After first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes     ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: *Indiana Supreme Court*

   (2) Date of filing: *4/23/20 1:42 Pm*

   (3) Docket number, case number, or opinion number: *49G05-1806-F1-20561 / 19A-CR-0147*

   (4) Result: *Court Denies petition to transfer*

   (5) Date of result: *4/23/2020*

   (6) Issues raised: *Counsel was Incompetent to present a viable defense and only Raised once Issue wich you know that is not the truth of all the Facts in this case by been prejudice because I'm a Hispanic From the Country of Panama "Racist" did not allow DNA Retesting by SERI Institute*

   (b) If you answered "No," explain why you did not file a second appeal: _____

   _____

9. **Third appeal**

   After second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☒ Yes     ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: *In the Marion Superior court 31*

Page 5 of 12

(2) Date of filing: October 7, 2020

(3) Docket number, case number, or opinion number: 49D31-2007-PC-023204

(4) Result: Motion to Withdraw without prejudice 12/2022

(5) Date of result: Motion to Withdraw without Prejudice 12/2022

(6) Issues raised: All raised in the prior appeals, the ~~ineffec~~ Ineffective Assistance of Counsel, Deportation Consequences, Fabrication of False evidence by Prosecution, Court and Counsel failed to take Judicial Notice of the law and Facts of the Immigration nationality Act of the United States

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☒ No

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

*N/a*

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____ *N/a*

_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: *Because this Deportation removal is*

a Federal Matter that only the U.S Attorney General has Jurisdiction over, Section 240A(d)(1) of the Immigration Nationality Act (INA) "The Clock Stops" when the Alien has Committed an offense that renders the Alien Inadmisible to the United States INA §212(a)(2) or removable from the United States. of any alien arising from the decision or Action by the U.S Attorney General

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes   ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: Pending removal Proceedings Section 1226(a)

(b) Date of the removal or reinstatement order: Pending removal Proceedings

(c) Did you file an appeal with the Board of Immigration Appeals?

☒ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: 12/1/21
(2) Case number: ___
(3) Result: Still Pending
(4) Date of result: Still is Pending
(5) Issues raised: Felony Deportation and removal I have Sought review of that order from the apropiate Court of Immigration and the U.S Attorney General to Commence Proceedings To be Deported to Panama Republic of Panama U.S Attorney General at U.S Department of Justice 950 Pensylvania Ave., NW Washington, DC 20530

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: N/A They don't Have Jurisdiction only the U.S. Attorney General does

Page 8 of 12

(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____ NA _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____ NA _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**Ground one:** I Allen mering Houx Moreno a Registered Legal Citizen of the Country of Panama Republic of Panama with Panamenian ID# 8-232-204 entered a Plea of guilty of Aggravated Burglary an Aggravated Felony of the third degree

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: This is a Deportable offense as proof of this Conviction, I'm Sending the Judgement Entry Copies of this guilty Plea, that I have also sent to DHS(Ice) in chicago and to the U.S. Attorney General at U.S Department of Justice 950 pensylvania Ave, NW Washington, DC 20530, the Time has Stoped because of Pending removal proceedings

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**Ground two:** This Involves the Innefective Assistance of Counsel by my Public defender Elizabeth Klees from Marion County Indiana and also the lack of the pretrial Investigator, In not Informing the Courts Judge Grant Hawkins and the prosecution that I was a Citizen of Panama, Republic of Panama.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: The poor Investigation ethic did not look at the Fact of the guilty Plea of the State of Ohio would Place me in Deportation Consequences, This is a Clear proof of a violation that the Court and Counsel both have Failed to take Judicial notice of the law and Facts of the Immigration nationality Act. of the United States, they have Folsley acused me of a Crime that I'm not guilty, I Continue to Plead not guilty of this crime of Indiana

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

Page 10 of 12

**Ground three** I was released From the Prison of Madison ohio when I had taken this guilty Plea, and I had Completed 1 year of my Sentence, they did not Inform DHS(ice) of my Deportable Felony charge

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The year I came From Panama Republic of Panama was 1997 I pleaded guilty in 2001, I was on probation then I Violated it For non reporting to my Provation officer, on September 18, 2003 a resentencing hearing was held, the court hereby Imposes the Following sentence of 1 year at the Ohio Department of Rehabilitation and Corrections, the Law of Immigration Says that I'm Subject to Removal From the United States, I was Subject to removal Because I had not Completed my Residency status

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes    ☐ No

**Ground four** I'm also sending Paperwork of the statement of the Alleged victim Saying to Elizabeth Klees that she was licked on top of the line of the Circled area That is not a Sex Organ, that is the belly area

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The day of the Indiana Courtroom 5 Grant Hawkins Preciding at trial she stated this to my Attorney, Elizabeth Klees asked pointing on top of the circle with her pen do you mean here on top she said yes 4 times, not like the prosecution kept on Saying that I had Confesed doing oral Sex to her, this is a Made up Lie by the Prosecutor, Used to Influence the Jury this was Prosecutorial Misconduct, I Pleaded Not guilty, There is No Proof of Penetration, that this was a Crime, The hymen is Intact

(b) Did you present Ground Four in all appeals that were available to you?

☒ Yes    ☐ No

14, If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Counsel was prejudice because she was pregnant, I had asked for her to be fired Judge Grant Hawkins did not allow a substitute Counsel to Replace her, because this Affected the Trial Proceedings, He said he Saw nothing wrong with her, This is Hogwash, I Made a Judicial Complaint.

### Request for relief

15. State exactly what you want the court to do: That because of the Governments pending removal proceedings that I be Picked up by DHS (Ice) and Issued Order For removal to Panama Republic of Panama My Mother is 89 and needs me Home to help her I'm a registered Legal Citizen of the Country of Panama ID#8-232-204

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/31/2022

Signature of Petitioner

Panama ID# 8-232-204

Signature of Attorney or other authorized person, if any

Page 12 of 12