UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALLEN HOUX,

    Petitioner,

v.   CAUSE NO. 3:22-CV-145 DRL-MGG

WARDEN,

    Respondent.

## ORDER

Allen Houx, a prisoner without a lawyer, filed a letter asking to dismiss this case. At this stage of the proceedings, Mr. Houx may voluntarily dismiss this case as a matter of right. Fed. R. Civ. P. 41(a)(1)(A).

For these reasons, the court:

(1) GRANTS the request to voluntarily dismiss (ECF 3); and

(2) DISMISSES this case pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED.

March 14, 2022          *s/ Damon R. Leichty*
                                             Judge, United States District Court